UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL GREGORY WELDY,<br><br>Defendant. | Case No.: **23mj2841-JLB**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm;<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Ammunition |

The undersigned complainant, being duly sworn, states:

COUNT 1

On or about July 21, 2023, within the Southern District of California, the defendant Daniel Gregory WELDY, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Masterpiece Arms, 9mm pistol with a threaded barrel and extended magazine, bearing serial number FX39892 in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2

On or about July 21, 2023, within the Southern District of California, defendant Daniel Gregory WELDY knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 23 rounds of assorted 9mm caliber ammunition loaded in a pistol magazine; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Jwan Rafo
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of August 2023.

Hon. Jill L. Burkhardt
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On July 21, 2023, Daniel Gregory WELDY was arrested for a forged/altered vehicle registration by Sycuan Tribal Police Officer who observed a blue Honda Civic, with Arizona plate CNJ8642 parked in between the handicap parking space and handicap loading zone with no placard. WELDY was observed standing next to the driver's side door and rummaging through the vehicle. Upon record checks on the license plate, AZ CNJ8642, dispatch advised the plate came back to a Kia. After a closer look at the license plate, Officers could detect that the plate had been altered with a black electrical tape on the middle number (3) changing the number from 3 to 8. Officers ran the correct plate number CNJ3642, and the plate came back as a match to the blue Honda Civic with a registered owner listed as someone other than WELDY out of Prescott Valley, Arizona. While conducting record checks, WELDY moved the vehicle to a gas pump and then locked it using a key fob. CCTV footage showed WELDY arriving at the parking lot as the sole occupant of the vehicle.

A record check on WELDY revealed WELDY is on active State of California Probation as a convicted Felon with multiple drug and weapon possession convictions. WELDY has an active Fourth Waiver on file until 12/08/2023. In a search incident to arrest of WELDY, Officers discovered the vehicle key to the Honda Civic attached to WELDY's inner pants pocket string.

An inventory search of the blue Honda Civic prior to impound was conducted and Officers discovered a white cardboard paper with a crystal substance which tested presumptive positive for Methamphetamine was discovered in the diver side door jam, along with a credit card belonging to WELDY on the same cardboard paper. A black and

white Pelican Gun Case with the letters "OTNC" Insane Boys written in black marker across the top of the case was found in the middle of the rear seat. A Masterpiece Arms metal pistol a high-capacity magazine with 23 rounds of 9mm ammunition and other loose 9mm ammunition was located inside the case. An additional 26 loose rounds of 9mm ammunition were discovered inside a black camera bag.






A State of California Benefits Identification Card # 93437176A42363 and a California EBT Card belonging to WELDY were also located in the black camera bag along with (14) credit cards and gift cards, and two California Identification Cards, belonging to other persons. A wallet in the center console contained WELDY's California Identification Card, miscellaneous gift cards, and credit cards in his name.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/18/2011 | CASC-Indio | Make/Pass Fictitious check | 120 Days' Jail, 36 Months' Probation |
| 02/28/2012 | CASC- Indio | Burglary 2nd Degree | 36 Months' Jail, 24 Months' Probation |
| 07/05/2011 | CASC- Indio | Take Veh w/o own Consent.Veh Theft<br><br>Evade Peace Officer, Disregard safety | 16 Months' Prison |
| 04/09/2019 | CASO- San Diego | Take Veh w/o own Consent.Veh Theft | 32 Months' Prison |
| 03/13/2020 | CASO- San Diego | Bring controlled sub/etc into Prison | 4 Years' Prison |

The firearm and ammunition were inspected. Preliminary checks revealed the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.